**STATE of Missouri, Plaintiff-Respondent,**

v.

**Patrick SMITH, Defendant-Appellant.**

**No. 49719.**

Missouri Court of Appeals, Eastern District, Division Six.

Jan. 14, 1986.

Motion for Rehearing and/or Transfer Denied Feb. 18, 1986.

Application to Transfer Denied March 25, 1986.

Debra Buie Arnold, Public Defender, St. Louis, for defendant-appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

MEMORANDUM OPINION

CLEMENS, Senior Judge.

Convicted defendant challenges only the denial of his motion to strike a venireman who had vaguely answered defendant's verbose, complex question concerning presumption of innocence. Before and after this the venireman had declared he presumed defendant was innocent.

The ruling was within the trial court's discretion; no error of law appears and a full opinion would have no precedential value.

Affirmed in accordance with Rule 30.-25(b).

KELLY, P.J., and KAROHL, J., concur.